**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jesus GARCIA–PILLADO, also known
as Javier Martinez–Sanchez,
Defendant–Appellant.**

**No. 14–50872
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

**436**

PER CURIAM: *

Appealing the judgment in a criminal case, Jesus Garcia–Pillado raises an argument that is foreclosed by *United States v. Martinez–Lugo,* 782 F.3d 198, 204–05 (5th Cir.), *petition for cert. filed* (June 19, 2015) (No. 14–10355). In *Martinez–Lugo,* 782 F.3d at 204–05, we held that an enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior conviction of a drug trafficking offense is warranted regardless whether the conviction for the prior offense required proof of remuneration or commercial activity. The Government's unopposed motion for summary affirmance is GRANTED, its alternate motion for an extension of time is DENIED, and the judgment of the ·district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

